UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **THERESA WHITING** | ) |
| | ) |
| v. | )   CIVIL NO.  1:16-cv-200-NT |
| | ) |
| **BLUE SCHOOL INC &** | ) |
| **KENNETH S. PALMER** | ) |

## ORDER OF DISMISSAL

This action having been settled by Judicial Settlement Conference on September 27, 2016, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

                                                                  CHRISTA K. BERRY
                                                                   CLERK


                                  BY:   /s/ Melody Whitten
                                            Melody Whitten
                                            Deputy Clerk

Dated this 28th day of October, 2016.